```
MARTHA ANN WIGGINS          SYNCHRONY BANK
WILLIAM JOSEPH WIGGINS      ATTN: BANKRUPTCY
1312 HIGHWAY 3              P.O. BOX 965065
REDWOOD, MS 39156          ORLANDO, FL 32896


THOMAS C. ROLLINS, JR.      SYNCHRONY BANK
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY
P.O. BOX 13767             PO BOX 965060
JACKSON, MS 39236          ORLANDO, FL 32896


CAPITAL ONE                 SYNCHRONY BANK
ATTN: BANKRUPTCY            ATTN. BANKRUPTCY
PO BOX 30285               P.O. BOX 965065
SALT LAKE CITY, UT 84130   ORLANDO, FL 32896


CITIBANK                    US ATTORNEY GENERAL
PO BOX 790046              US DEPT OF JUSTICE
ST LOUIS, MO 63179         950 PENNSYLVANIA AVENW
                           WASHINGTON, DC 20530-0001


DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130


FNB OMAHA
ATTN: BANKRUPTCY
P.O. BOX 3128
OMAHA, NE 68103


INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201


SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896
```