Certificate Number: 17082-MSS-DE-041048800

Bankruptcy Case Number: 26-01475



17082-MSS-DE-041048800

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2026, at 3:59 o'clock PM MST, MARTHA A WIGGINS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 2, 2026                          By:     /s/Orsolya K Lazar

                                              Name:   Orsolya K Lazar

                                              Title:   Executive Director